IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02434-CBS-PAC

PIONEER NATURAL RESOURCES COMPANY,
a Delaware corporation,

    Plaintiff,

v.

DONALD GATZA,
MARGIE GATZA, as husband and wife, and
TODD GATZA, an individual,

    Defendants.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

The Stipulation for Dismissal filed on March 29, 2007, by the parties, having come before the Court, and appearing well founded; it is hereby

ORDERED that this action is DISMISSED, with prejudice, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 30th day of March, 2007.

                BY THE COURT:

                s/Craig B. Shaffer
                Craig B. Shaffer
                United States Magistrate Judge